UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   DOROTHY MALINA,                    Case No.12-15487 LMI

                                            Chapter 13

             Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2012, a true and correct copy of the **Chapter 13 Plan** was transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**

Catalina Tax Co. LLC
c/o US Bank c/o Catalina Tax Co. LLC
P. O. Box 645040
Cincinnati, OH 45264-5040

Commodore Plaza Condominium
c/o Jeffrey S. Berlowitz, Esquire
Siegried, Rivera, Lerner, De La Torre & Sobel, P.A.
201 Alhambra Circle, Suite #1102
Coral Gables, FL 33134-5108

Eric D. Isicoff, Esquire
Isicoff, Ragatz and Koenigsberg
1200 Brickell Avenue #1900
Miami, FL 33131

Miami Dade County Tax Collector
140 W. Flagler Street
Miami, FL 33130

Case No.12-15487 LMI
Page -2-

_____/

VATIV Recovery Solutions, LLC d/b/a SMC
as Agent for Palisades Collections LLC
P. O. Box 40728
Houston, TX 77240-0728

                          Respectfully submitted,

                          LEGAL SERVICES OF GREATER
                          MIAMI, INC.

                          By   /s/ Carolina A. Lombardi
                              Carolina A. Lombardi
                              Florida Bar No.  241970
                              Attorney for Debtor
                              3000 Biscayne Boulevard, Ste. 500
                              Miami, FL 33137
                              Telephone: (305) 438-2427
                               Fax: (305) 573-5800