# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:   Dorothy Malina                              CASE NO.:   12-15487 LMI
Last Four Digits of SS#   9597

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of   51   months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ 661.65   for months   1   to   55  ;
B.   $_____   for months _____ to _____ ;
C.   $_____   for months _____ to _____ ; in order to pay the following creditors:

Administrative: Attorney's Fee - $   0       TOTAL PAID $ _____
               Balance Due $    0    payable $_____ /month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1..  Miami Dade Tax Collector         Arrearage on Petition Date $ 507.97   (Payment includes 18% interest)
Address: 140 W. Flagler St., # 1403   Arrears Payment       $   13.63   /month  (Months   1   to   55  )
         Miami, FL 33130
Account No:  28 22100133120

2.   Catalina Tax Co. LLC            Arrearage on Petition Date $   645.86 (Payment includes .25% interest)
Address:  PO Box 605040              Arrears Payment       $   11.81   /month  (Months   1   to   55  )
          Cincinnati, OH 45264       Regular Payment       $_____ /month  (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Commodore Plaza Condo Assn Inc., pursuant to Final Judgment of Foreclosure in the amount of $35,903.43 recorded in Miami-Dade Public Records at Book 27985 Page 3056 | Condominium located at 2780 Williams Island Blvd #PH7C Aventura, FL 33160<br><br>Condo valued at $79,000<br><br>Amount owed on first mortgage is $166,872 | NA | $ -0- | NA  To _____ | Avoid lien in ful |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due $_____
                              Payable   $_____ /month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $   27.27   /month (Months   1   to   55  ).

Commodore Plaza Condominium Assoc. Inc.   Pay $   548.79 regular payment   /month (Months   1   to   55  )
c/o Jeffrey S. Berlowitz, Esquire
Siegfried, Rivera et al.
201 Alhambra Circle #1102
Coral Gables, FL 33134

Page 1 of 2

LF-31 (rev. 01/08/10)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

Debtor's mortgage is not being paid in the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/
Debtor   Dorothy Malina

Date:   March 19, 2012