61006102

IN RE:

DOROTHY MALINA

        Debtors

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA MIAMI DIVISION

CASE NO. 12-15487-LMI

**SECURED CREDITOR'S OBJECTION TO CONFIRMATION OF PLAN**

    MOVANT, COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC., a secured creditor, by and through its undersigned attorney, objects to confirmation of Debtor's plan and states as follows:

1. Total arrearage due as of filing date of March 6, 2012 is $34,239.18, not including attorney's fees and costs. Debtor's Plan fails to provide for full payment of that secured claim in violation of the requirements of §1325(a)(5).
2. Movant objects to the valuation of the subject property and to any attempts by the debtor to "strip" Movant's lien rights.
3. Movant has not accepted the Plan.

    WHEREFORE, Movant, COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC. files this objection to confirmation of plan and moves the Court to deny confirmation of said plan.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Carolina A. Lombardi, 3000 Biscayne Blvd., #500, Miami, FL 33137 and Nancy Herkert, Chapter 13 Trustee, P.O. Box 279806, Miramar, FL 33027 on this 10th day of May 2012.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

SIEGFRIED, RIVERA, LERNER,
DE LA TORRE & SOBEL, P.A.
Attorneys for COMMODORE PLAZA
CONDOMINIUM ASSOCIATION, INC.
201 Alhambra Circle, Suite 1102
Coral Gables, Florida 33134
(305) 442-3334

By: /S/Jeffrey S. Berlowitz, Esq.
    JEFFREY S. BERLOWITZ, ESQ.
    Fla. Bar No. 0963739