# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

X  First_____  Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐  _____  Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR:   Dorothy Malina                  CASE NO.:  12-15487 LMI
Last Four Digits of SS#   9597

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __58__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

- A.  $  683.90   for months   1   to   58  ;
- B.  $_____   for months ____ to ____;
- C.  $_____   for months ____ to ____; in order to pay the following creditors:

Administrative:  Attorney's Fee - $    0    TOTAL PAID $ _____
              Balance Due   $    0    payable $_____ /month (Months ___ to ___)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1..  Miami Dade Tax Collector        Arrearage on Petition Date $ 507.97   (Payment includes 18% interest)
Address: 140 W. Flagler St., # 1403   Arrears Payment      $   8.75  /month (Months   1   to   58  )
         Miami, FL 33130
Account No:  28 22100133120

2.  Catalina Tax Co. LLC             Arrearage on Petition Date $ 639.61 (Payment includes .25% interest)
Address:  PO Box 605040              Arrears Payment      $  11.02  /month (Months   1   to   58  )
          Cincinnati, OH 45264       Regular Payment      $_____ /month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Commodore Plaza Condo Assn Inc., pursuant to Final Judgment of Foreclosure in the amount of $35,903.43 recorded in Miami-Dade Public Records at Book 27985 Page 3056 | Condominium located at 2780 Williams Island Blvd #PH7C Aventura, FL 33160<br><br>Condo valued at $79,000<br><br>Amount owed on first mortgage is $166,872 | NA | $ -0- | NA  To _____ | Avoid lien in ful |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____  Total Due $_____
                Payable   $_____/month (Months ___ to ___) Regular Payment $_____

Unsecured Creditors:  Pay $   53.17   /month (Months   1   to   58   ).

Commodore Plaza Condominium Assoc. Inc.   Pay $   548.79 regular payment   /month (Months   1   to   58   )
Unit No. PH7C
Commodore Plaza Management Office
2780 NE 183rd Street
Aventura, FL 33160

Page 1 of 2

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
LF-31 (rev. 01/08/10)

Other Provisions Not Included Above:

Debtor's mortgage is not being paid in the Plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/
Debtor   Dorothy Malina

Date:   June 4, 2012

LF-31 (rev. 01/08/10)