UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:   DOROTHY MALINA,                              Case No.12-15487 LMI

                                                      Chapter 13
                    Debtor(s) .
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 4, 2012, a true and correct copy of the First Amended Chapter 13 Plan and First Amended Schedule B, were transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

and mailed to:

Eric D. Isicoff, Esquire
Isicoff, Ragatz and Koenigsberg
1200 Brickell Avenue #1900
Miami, FL 33131

Commodore Plaza Condominium
c/o Jeffrey S. Berlowitz, Esquire
Siegfried, Rivera, Lerner, De La Torre & Sobel, P.A.
201 Alhambra Circle, Suite #1102
Coral Gables, FL 33134-5108

Quantum 3 Group LLC, as agent for
Galaxy Portfolios LLC
PO Box 788
Kirkland, WA   98083-0788

Case No.12-15487 LMI
Page -2-
_____/

US Bank as Customer for Tower
c/o Catalina Tax Co. LLC
PO Box 645040
Cincinnati, OH   45264-5040

Palisades Collection LLC
PO Box 1244
Englewood Cliffs, NJ 07632

Cavalry Portfolio Services, LLS
PO Box 27288
Tempe, AZ   85285-7288

American Info Source LP as agent
For InSolve Recovery, LLC
PO Box 269093
Oklahoma City, OK   73126-9093

          Respectfully submitted,

          LEGAL SERVICES OF GREATER
          MIAMI, INC.


          By   /s/ Carolina A. Lombardi
              Carolina A. Lombardi
              Florida Bar No.   241970
              Attorney for Debtor
              3000 Biscayne Boulevard, Ste. 500
              Miami, FL 33137
              Telephone: (305) 438-2427
              Fax: (305) 573-5800