```
                              United States Bankruptcy Court
                              Southern District of Florida

In re:                                                               Case No. 12-15487-LMI
Dorothy Malina                                                       Chapter 13
        Debtor                      CERTIFICATE OF NOTICE
District/off: 113C-1           User: cgrimm                 Page 1 of 3                  Date Rcvd: Aug 23, 2012
                               Form ID: CGFD26              Total Noticed: 34
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2012.
```
db             Dorothy Malina,   2780 Williams Island Boulevard PH7C,   North Miami Beach, FL 33160-2157
smg            Florida Department of Revenue,   POB 6668,   Bankruptcy Division,   Tallhassee, FL 32314-6668
cr            +Commodore Plaza Condominium Association,Inc.,,   Siegfried,Rivera, Lerner, et al.,
               201 Alhambra Circle. Suite 1102,   Coral Gables, FL 33134-5108
90176458      +Bureau of Collection Recovery, Inc.,   7575 Corporate Way,   Eden Prairie, MN 55344-2000
90176481     ++CHASE CARD SERVICES,   201 NORTH WALNUT STREET,   ATTN MARK PASCALE,   MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
              (address filed with court:  Washington Mutual Card Services,   P. O. Box 660487,
               Dallas, TX 75266-0487)
90176460      +Capital Recovery Services,   7755 Center Ave., Suite 1000,   Huntington Beach, CA 92647-3090
90176461       Cardmember Services,   P. O. Box 5250,   Carol Stream, IL 60197-5250
90294582       Catalina Tax Co. LLC,   P. O. Box 645040,   Cincinnati, OH 45264-5040
90176463       Central Credit Services, Inc.,   P. O. Box 15118,   Jacksonville, FL 32239-5118
90191261      +Check'n Go of Florida, Inc.,   d/b/a Check'n Go,   920 W. Hallandale Beach Blvd.,
               Hallandale, FL 33009-5241
90176464      +City of Aventura,   19200 West County Club Drive 4th Floor,   Miami, FL 33180-2403
90176465      +Commodore Plaza Condominium Association,   c/o Siegfried, Rivera, Lerner,
               201 Alhambra Circle Suite 1102,   Miami, FL 33134-5108
90176467      +Credit One Bank,   P. O. Box 98873,   Las Vegas, NV 89193-8873
90176468      +Firstsource Advantage, LLC,   205 Bryant Woods South,   Buffalo, NY 14228-3609
90176469       HSBC Card Services,   P. O. Box 80084,   Salinas, CA 93912-0084
90176470      +Jana Sigars-Malina, as Trustee,   c/o Eric. D. Isicoff, Esquire,
               Isicoff, Ragatz and Koenigsberg,   1200 Brickell Avenue # 1900,   Miami, FL 33131-3257
90176471      +Jefferson Capital Systems,   16 McLeland Road,   Saint Cloud, MN 56303-2198
90176474      +Michael Ruiz,   2780 NE 183 Street # C114,   North Miami Beach, FL 33160-2157
90176475      +NCO Financial Systems, Inc.,   231 N. Kentucky Ave., Suite HBD,   Lakeland, FL 33801-4977
90176476       Northland Group Inc.,   P. O. Box 290846,   Minneapolis, MN 55439
90176477      +Palisades Collection LLC,   P. O. Box 1244,   Englewood Cliffs, NJ 07632-0244
90176478      +Portofolio Recovery Associates,   120 Corporate Blvd.,   Norfolk, VA 23502-4962
90176479       Sentry Credit, Inc.,   P. O. Box 12070,   Everett, WA 98206-2070
90176480       Stephens and Michaels Associates, Inc.,   P. O. Box 1826,   Southgate, MI 48195-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
90357682       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 24 2012 02:20:52
               American InfoSource LP as agent for,   InSolve Recovery, LLC,   PO Box 269093,
               Oklahoma City, OK  73126-9093
90176456      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Aug 24 2012 00:30:21     Asset Acceptance LLC,
               P. O. Box 2039,   Warren, MI 48090-2039
90176457       E-mail/Text: ACF-EBN@acf-inc.com Aug 24 2012 00:32:18     Atlantic Credit & Finance, Inc.,
               P. O. Box 13386,   Roanoke, VA 24033-3386
90176462       E-mail/Text: bankruptcy@cavps.com Aug 24 2012 00:35:06     Cavalry Portfolio Services, LLC,
               P. O. Box 27288,   Tempe, AZ 85285-7288
90320341      +E-mail/Text: bankruptcy@cavps.com Aug 24 2012 00:35:06     CAVALRY PORTFOLIO SERVICES, LLC,
               500 SUMMIT LAKE DRIVE SUITE 400,   VALHALLA, NY 10595-2322
90176459      +E-mail/Text: cms-bk@cms-collect.com Aug 24 2012 00:33:11     Capital Management Services, LP,
               726 Exchange St., Suite 700,   Buffalo, NY 14210-1464
90176467      +E-mail/Text: creditonebknotifications@resurgent.com Aug 24 2012 00:29:52     Credit One Bank,
               P. O. Box 98873,   Las Vegas, NV 89193-8873
90176472      +E-mail/Text: bankruptcy@leadingedgerecovery.com Aug 24 2012 00:33:47
               Leading Edge Recovery Solutions, LLC,   5440 N. Cumberland Ave., Suite 300,
               Chicago, IL 60656-1486
90176473      +E-mail/Text: mdtcbkc@miamidade.gov Aug 24 2012 00:30:18     Miami Dade County Tax Collector,
               140 W. Flagler, Room 101,   Miami, FL 33130-1559
90197719       E-mail/Text: ebn@vativrecovery.com Aug 24 2012 00:33:05     Palisades Collections, LLC,
               Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Collections, LLC,   PO Box 40728,
               Houston, TX  77240-0728
90270689       E-mail/Text: bnc-quantum@quantum3group.com Aug 24 2012 00:33:30
               Quantum3 Group LLC as agent for,   Galaxy Portfolios LLC,   PO Box 788,
               Kirkland, WA  98083-0788
                                                                                              TOTAL: 11

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
90176466   ##+Credit Control,   P. O. Box 4635,   Chesterfield, MO 63006-4635
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 113C-1          User: cgrimm              Page 2 of 3         Date Rcvd: Aug 23, 2012
                              Form ID: CGFD26           Total Noticed: 34

                ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2012**                        **Signature:**     *Joseph Speetjens*

```
District/off: 113C-1           User: cgrimm              Page 3 of 3              Date Rcvd: Aug 23, 2012
                               Form ID: CGFD26          Total Noticed: 34
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2012 at the address(es) listed below:

              Carolina A Lombardi    on behalf of Debtor Dorothy Malina clombardi@lsgmi.org, ozaribaf@lsgmi.org
              Jeffrey S. Berlowitz   on behalf of Creditor  Commodore Plaza Condominium Association,Inc.,
               jberlowitz@siegfriedlaw.com, mcabrera@siegfriedlaw.com
              Nancy N Herkert    e2c8f01@ch13herkert.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
                                                                                             TOTAL: 4

Case 12-15487-LMI    Doc 66    Filed 08/25/12    Page 3 of 6

**CGFD26** (12/20/11)



**ORDERED in the Southern District of Florida on August 23, 2012**

**Laurel M Isicoff**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 12−15487−LMI

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Dorothy Malina
2780 Williams Island Boulevard PH7C
North Miami Beach, FL 33160−2157

SSN: xxx−xx−9597

### ORDER CONFIRMING CHAPTER 13 PLAN

    This cause came before the court on 8/14/12 for confirmation of the debtor's proposed Amended chapter 13 plan pursuant to Local Rule 3015−3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

*Page 1 of 3*

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following March 6, 2012, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

8. To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

The clerk shall serve a copy of this order on all parties of record.

### ###

*Page 3 of 3*