UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  DOROTHY MALINA,                              Case No.12-15487 LMI

             Debtor(s).                              Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 16, 2014, a true and correct copy of the

Debtor's Motion to Modify Chapter 13 Plan; a copy of the Notice of Hearing on the

Motion to Modify Chapter 13 Plan; and a copy of the First Modified Chapter 13 Plan

were transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**

Palisades Collections, LLC
Vativ Recovery Solutions LLC
d/b/a SMC
As Agent For Palisades Collections,LLC
P. O. Box 40728
Houston, TX 77240-0728

Quantum3 Group LLC as agent for
Galaxy Portfolios LLC
P. O. Box 788
Kirkland, WA 98083-0788

Cavalry Portfolio Services, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Catalina Tax Co. LLC
P. O. Box 645040
Cincinnati, OH 45264-5040

American InfoSource LP as agent for
InSolve Recovery, LLC
P. O. Box 269093
Oklahoma City, OK 73126-9093

Commodore Plaza Condominium Assn.
C/o Siegfried, Rivera, Lerner
201 Alhambra Circle, Suite 1102
Coral Gables, FL 33134

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By     /s/ Carolina A. Lombardi
       Carolina A. Lombardi
       Florida Bar No.  241970
       Attorney for Debtor
       3000 Biscayne Boulevard, Suite 500
       Miami, FL 33137
       Telephone: (305) 438-2427
       Fax: (305) 573-5800
       Primary E-Mail: Clombardi@lsgmi.org
       Secondary E-mail: Ozaribaf@lsgmi.org