UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:  DOROTHY MALINA,                     Case No.12-15487 LMI

           Debtor(s).                          Chapter 13
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 23, 2014, a true and correct copy of the

Order Granting Debtor's Motion to Modify Plan and Approving Second Modified Chapter

13 Plan was transmitted electronically to:

Nancy N. Herkert, Trustee
e2c8f01@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**

| | |
|---|---|
| Palisades Collections, LLC<br>Vativ Recovery Solutions LLC<br>d/b/a SMC<br>As Agent For Palisades Collections,LLC<br>P. O. Box 40728<br>Houston, TX 77240-0728 | Catalina Tax Co. LLC<br>P. O. Box 645040<br>Cincinnati, OH 45264-5040 |
| | American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>P. O. Box 269093<br>Oklahoma City, OK 73126-9093 |
| Quantum3 Group LLC as agent for<br>Galaxy Portfolios LLC<br>P. O. Box 788<br>Kirkland, WA 98083-0788 | Commodore Plaza Condominium Assn.<br>c/o Siegfried, Rivera, Lerner<br>201 Alhambra Circle, Suite 1102<br>Coral Gables, FL 33134 |
| Cavalry Portfolio Services, LLC<br>500 Summit Lake Drive, Suite 400<br>Valhalla, NY 10595 | |

Respectfully submitted,

LEGAL SERVICES OF GREATER
MIAMI, INC.

By   /s/ Carolina A. Lombardi
      Carolina A. Lombardi
      Florida Bar No. 241970
      Attorney for Debtor
      3000 Biscayne Boulevard, Suite 500
      Miami, FL 33137
      Telephone: (305) 438-2427
      Fax: (305) 573-5800
      Primary E-Mail: Clombardi@lsgmi.org
      Secondary E-mail: Ozaribaf@lsgmi.org