UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

In re:                                                                                               Case No.:12-15487-LMI
DOROTHY MALINA,                                                                          Chapter   13

        Debtor.
_____/

**COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC.**
**NOTICE OF CHANGE OF ADDRESS**

    Secured creditor, COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC., hereby gives notice of the following change of address as follows:

**OLD ADDRESS**
**SIEGFRIED, RIVERA, HYMAN, et. al.**
**201 ALHAMBRA CIRCLE**
**ELEVENTH FLOOR**
**CORAL GABLES, FLORIDA 33134**

**NEW ADDRESS**
**COMMODORE PLAZA CONDOMINIUM ASSOCIATION, INC.**
**2780 NE 183 STREET**
**NORTH MIAMI FL 33160**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(a).

**CERTIFICATE OF SERVICE**

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished upon all registered users via the Court's CM/ECF notification and Electronic Mail or in some authorized manner on March 31, 2015 to: Dorothy Malina, 2780 Williams Island Boulevard PH7C, North Miami Beach, FL 33160-2157, Carolina A Lombardi, Esquire, 3000 Biscayne Blvd #500, Miami, FL 33137and Nancy K. Neidich, Trustee, POB 279806, Miramar, FL 33027.

                                              SIEGFRIED, RIVERA, HYMAN, LERNER,
                                              DE LA TORRE, MARS  & SOBEL, P.A.
                                              Attorneys for Association
                                              201 Alhambra Circle, 11th Floor
                                              Coral Gables, Florida 33134
                                              Phone: (305) 442-3334 /Fax: (305) 443-3292
                                              Email:  jberlowitz@srhl-law.com
                                              By:    /s/ Jeffrey S. Berlowitz
                                                   Jeffrey S. Berlowitz, Esq.
                                                   Florida Bar Number:  963739