UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:    DOROTHY MALINA,                                  Case No.12-15487 LMI

                                                           Chapter 13

            Debtor(s).
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2016, a true and correct copy of Debtor's Motion to Modify Chapter 13 Plan (DE 84); Notice of Hearing on DE 84 Motion to Modify Chapter 13 Plan (DE 85); and Third Modified Chapter 13 Plan (DE 86) was transmitted electronically to:

Jeffrey S. Berlowitz on behalf of Creditor Commodore Plaza Condominium Association, Inc.,
jberlowitz@srhl-law.com, mnogues@srhl-law.com

Nancy K. Neidich
e2c8f01@ch13herkert.com, ecf2@ch13herkert.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

**and mailed to:**

Palisades Collections, LLC
Vativ Recovery Solutions LLC
d/b/a SMC
As Agent For Palisades Collections, LLC
P.O. Box 40728
Houston, TX 77240-0728

Catalina Tax Co. LLC
P.O. Box 645040
Cincinnati, OH 45264-5040

Case No.12-15487 LMI
Page -2-
_____/

American InfoSource LP as agent for
InSolve Recovery, LLC
Oklahoma City, OK 73126-9093

Quantum3 Group LLC as agent for
Galaxy Portfolios LLC
P.O. Box 788
Kirkland, WA 98083-0788

Commodore Plaza Condominium Assn.
c/o Siegfried, Rivera, Lerner
201 Alhambra Circle, Suite
Coral Gables, FL 33134

Calvary Portfolio Services, LLC
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

        I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

        Respectfully submitted,
        LEGAL SERVICES OF GREATER
        MIAMI, INC.

        By _____/s/_____
          Carolina A. Lombardi
          Florida Bar No.  241970
          Attorney for Debtor
          3000 Biscayne Boulevard
          Suite 500
          Miami, FL 33137
          Telephone: (305) 438-2427
          Primary Email: CLombardi@legalservicesmiami.org
          Alt Email: PBerrios@legalservicesmiami.org