

ORDERED in the Southern District of Florida on October 25, 2017.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re: Dorothy Malina,                           Case No. 12-15487 LMI

Debtor_____/                         Chapter 13

## AGREED ORDER GRANTING DEBTOR'S MOTION TO DEEM SECURED CREDITOR COMMODORE PLAZA CONDOMINIUM CURRENT POST PETITION

THIS CAUSE having come before the court on October 3, 2017, on the Debtor's Motion to Deem Secured Creditor Commodore Plaza Condominium Current Post Petition and the Court having been advised that the parties have entered into an agreement, it is

**ORDERED** that the Motion is granted and Debtor Dorothy Malina is current in all post petition payments due to Creditor Commodore Plaza Condominium through and including October 2017.

# # #

**Submitted by:**
Carolina A. Lombardi
Florida Bar No. 241970
Attorney for Debtor
4343 West Flagler Street Suite 100
Miami, FL 33134

Telephone and Facsimile: (305) 438-2427
Email: CLombardi@legalservicesmiami.org
Alt: MCabrera@legalservicesmiami.org

Carolina A. Lombardi is ordered to provide a copy of this Order to all interested parties.